BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant CASTILLO-EQUIHUA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 09-00134 JF |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING AND EXCLUDE TIME;** |
| v. | ) | [PROPOSED] ORDER |
| | ) | |
| GABRIEL CASTILLO-EQUIHUA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Wednesday, April 1, 2009, be continued to Wednesday, April 15, 2009, at 9:00 a.m.  The continuance is requested because the defense is continuing to investigate this matter.

The parties further agree that time should be excluded under the Speedy Trial Act because the defense requires time for effective preparation and investigation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 3/27/09                                   _____/s/_____
                                                             LARA S. VINNARD
                                                             Assistant Federal Public Defender

Dated: 3/27/09                                   _____/s/_____
                                                             LAURA DURITY
                                                             Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-00134 JF                                        1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GABRIEL CASTILLO-EQUIHUA,<br><br>　　　　　Defendant. | No. CR 09-00134 JF<br><br>**[PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |

　　　The parties have stipulated to a continuance of the hearing set for April 1, 2009, to allow time for the defense to complete investigation.

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for Wednesday, April 1, 2009, be continued to Wednesday, April 15, 2009, at 9:00 a.m.

　　　Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 1, 2009 to April 15, 2009, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated: 3/30/09

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 09-00134 JF　　　　　　2